```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DONALD P. SCHMITZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3299 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint motion of the parties to extend deadlines, filing 17, is granted and the deadlines for disclosing expert witnesses are extended as follows:

Plaintiff shall disclose experts by December 15, 2007.

Defendant shall disclose expert witnesses by January 15, 2008.

Plaintiff is given to January 30, 2008 to disclose any refuting experts.

DATED this 4th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge