IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD P. SCHMITZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3299 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER ON JOINT MOTION FOR |
| | ) | EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Joint Motion for Extension of Time, filing 30, is granted;

2. the plaintiff shall have until March 21, 2008, in which to file and serve his responsive brief to the government's Motion for Summary Judgment, filing 27; and

3. the defendant shall have until April 4, 2008, in which to submit its reply brief to filing 27.

Dated February 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge