IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD P. SCHMITZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3299 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Stipulation and Motion for Dismissal With Prejudice, filing 42, is granted and this case is dismissed with prejudice, each party to bear his and its own costs and complete record waived.

    Dated July 31, 2008.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge